# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

  -vs-                                                  Case No. 12-CR-237

**JOSHUA A. LOPEZ,**

    Defendant.

## DECISION AND ORDER

Defendant Joshua Lopez ("Lopez") has objected to Magistrate Judge Nancy Joseph's recommendations to this Court denying Lopez's motion to dismiss the above-captioned case and his motion to suppress.

The Court has read the recommendations and the parties' submissions thereon and rules as follows. The Court will accept the recommendations made to this Court by Judge Joseph and the rationale supporting the recommendations.

**IT IS HEREBY ORDERED THAT:**

The Court reserves ruling on Lopez's motion to dismiss (ECF No. 8) the indictment as unconstitutionally vague until the close of evidence at trial; Lopez's motion to dismiss on Second Amendment grounds is **DENIED**;

Lopez's motion to suppress (ECF No. 9) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of June, 2013.

                                        **BY THE COURT:**

                                        */s/ Rudolph T. Randa*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**